IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MYRTIS BOSTON,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> )  7:17-cv-01276-LSC <br> PRUDENTIAL INSURANCE  ) <br> COMPANY OF AMERICA, et  ) <br> al.,  ) <br> ) <br> Defendants.  ) | |

### ORDER

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON NOVEMBER 1, 2017.



_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485